■ WILLIE HINES, Individually and as a Member and as Pastor-Pro-Tem of the Metropolitan Baptist Church, Inc., et al., Appellants, v METROPOLITAN BAPTIST CHURCH, INC., et al., Respondents.—Orders, Supreme Court, New York County, entered February 1, 1974, June 2, June 26, October 14(two), and October 16, 1975, unanimously affirmed. Defendants-respondents and the banks filing briefs shall recover one bill of $40 costs and disbursements of these appeals from plaintiffs-appellants. This matter has been before us on other occasions (e.g. 47 AD2d 816). It involves a dispute for control by competing groups of a corporate entity of the Metropolitan Baptist Church, Inc., and these orders have to do with various procedures prior to trial. The Judge at Special Term quite properly stated: "There comes a time in every litigation when pre-trial maneuvering must cease, and the action tried. That point has been reached here." Among other things, it is clear that until plaintiffs establish their right to maintain the action, no accounting can lie. *(Barnett Robinson Inc. v F. Staal, Inc.,* 43 AD2d 826.) Concur—Stevens, P. J., Kupferman, Murphy, Silverman and Lane, JJ.

## (February 26, 1976)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST RICHARDSON, Appellant.—Judgment, Supreme Court, New York County, rendered on July 22, 1975, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Silverman, JJ.

■ NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., as Assignee for the Benefit of Creditors of HUNTER BOOKS, INC., Respondent, v LAUBAR ENTERPRISES, INC., Appellant.—Order, Supreme Court, New York County, entered on January 29, 1975, unanimously affirmed for the reasons stated at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Lane, Nunez and Lynch, JJ.

■ AMERICAN BANK & TRUST COMPANY, Respondent, v SAM KLINE et al., Appellants.—Judgment, Supreme Court, New York County, entered on July 24, 1975, unanimously affirmed on opinion of Hughes, J., at Special Term, and that the respondent recover of the appellants $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Lane, Nunez and Lynch, JJ.

■ 18 WEST 125TH ST. CORP., Respondent, v RUTH JACOBS, as Executrix of MILTON M. JACOBS, Deceased, Appellant, et al., Defendant.—Judgment, Supreme Court, New York County, entered on September 17, 1975, unanimously affirmed for the reasons stated by Samuel R. Rosenberg, J., without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Capozzoli, Lane and Nunez, JJ.